IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>**DAVID R. NEWBERRY,** )<br>)<br>Defendant. ) | Criminal Case No. **03-40050-GPM** |

## ORDER

**PROUD, Magistrate Judge:**

Defendant David R. Newbery, represented by counsel, appeared for arraignment on September 21, 2006. Defendant orally moved for reconsideration of the Courts previous order of pretrial detention **(Doc. 254)**, which was entered July 11, 2006. A hearing was conducted, wherein the parties submitted additional evidence by way of proffer, and additional argument was heard. Nothing presented warranted the Court reconsidering, let alone upsetting the previous order of detention. Defendant's risk of non-appearance and the danger his release would pose to the community has not materially changed.

**IT IS THEREFORE ORDERED** that defendant Newberry's motion for reconsideration of the July 11, 2006, order of pretrial detention is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 21, 2006

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**